UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LINDA D. KELLOGG,<br>Plaintiff | CIVIL NO: 3:20-CV-01151 (JAM) |
| v. | |
| HOP ENERGY, LLC,<br>Defendant | JUNE 17, 2021 |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the Local Rules of this Court, Plaintiff, Linda Kellogg and Defendant, HOP Energy, LLC, through their undersigned counsel, hereby stipulate to the voluntary dismissal of the above action and of all Plaintiff's claims asserted herein against the Defendant with prejudice and without costs of this matter, based upon a settlement agreement.

| PLAINTIFF,<br>LINDA D. KELLOGG | DEFENDANT<br>HOP ENERGY, LLC |
|---|---|
| By: /s/ Kristi D. Kelly<br>Kristi D. Kelly<br>Suisman, Shapiro, Wool, Brennan,<br>Gray & Greenberg, P.C.<br>2 Union Plaza, Suite 200<br>New London, CT 06320 | By: /s/ Holly L. Cini<br>Holly L. Cini<br>Jackson Lewis P.C.<br>90 Statehouse Square, 8th Floor<br>Hartford, CT 06103 |

## **CERTIFICATION OF SERVICE**

This is to certify that on the 17th day of June, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system and by first-class mail to all parties who are unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                               /s/     ct23970
                                                             Kristi D. Kelly